IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN DOUGHERTY and KEITH DOUGHERTY,<br><br>          Plaintiffs,<br><br>     v.<br><br>TRACEY ADAMS-DOUGHERTY, et al.,<br><br>          Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-8541 (JBS/AMD)<br><br>**ORDER** |

This matter having come before the Court on motions to dismiss the Complaint by Defendants Judge Michael Diamond, Anthony Del Palazzo, Debra Bradshaw, and Voorhees Township [Docket Item 51 & 57]; Defendants Tracey Adams-Dougherty, Jack Duggan's PHL, Inc., Jack Dugan's Pub, Kenneth Adams, and Dori Adams [Docket Item 55]; and Defendant Judge Mary Beth Kramer [Docket Item 66]; Plaintiffs' motion for default judgment [Docket Item 50]; and Plaintiffs' motions to strike [Docket Items 56, 58 & 68]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

     IT IS this   **20th**   day of   **September**  , **2016,** hereby

     ORDERED that Defendants' motions to dismiss [Docket Items 51, 55, 57 & 66] be and hereby are **GRANTED**; and it is further

**ORDERED** that this dismissal shall operate **WITH PREJUDICE** as to all federal claims; and it is further

**ORDERED** that Plaintiffs' motion for default judgment [Docket Item 50] be and hereby is **DENIED**; and is further

**ORDERED** that Plaintiffs' motions to strike and for sanctions [Docket Items 56, 58 & 68] be and hereby are **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case upon the docket.

      **s/ Jerome B. Simandle**
      JEROME B. SIMANDLE
      Chief U.S. District Judge